IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In Re: | Case No.: 07-63570-PWB |
|---|---|
| JOHN RALPH JULIAN<br>MARGARET TAKTAKIAN JULIAN | Chapter: 7 |
| Debtors | |

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

The approved final distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---:|---:|---:|
| NEIL C. GORDON, Trustee | $22,690.20 | $436.71 | $23,126.91 |
| 2007 DeKalb County Taxes, Closing Costs from Sale of Property (other than commissions) | $0.00 | $1,570.22 | $0.00 |
| 2008 DeKalb County Taxes, Closing Costs from Sale of Property (other than commissions) | $0.00 | $716.75 | $0.00 |
| Campbell & Brannon, L.L.C., Closing Costs from Sale of Property (other than commissions) | $0.00 | $195.00 | $0.00 |
| DEKALB COUNTY TAXES, Closing Costs from Sale of Property (other than commissions) | $0.00 | $11.69 | $0.00 |
| DeKalb County Water Bill, Closing Costs from Sale of Property (other than commissions) | $0.00 | $28.09 | $0.00 |
| Clerk, United States Bankruptcy Court, Clerk of the Court Costs (includes adversary and other filing fees) | $0.00 | $250.00 | $250.00 |
| ARNALL GOLDEN GREGORY LLP, Attorney for Trustee (Trustee Firm) | $22,929.53 | $221.04 | $23,150.57 |
| Martha A. Miller, P.C., Attorney for Trustee (Other Firm) | $3,621.00 | $60.25 | $0.00 |
| Stonebridge Accounting Strategies, Inc., Accountant for Trustee (Other Firm) | $897.00 | $31.14 | $928.14 |
| COLDWELL BANKER, Realtor for Trustee (Real Estate Commissions) | $11,640.00 | $500.00 | $0.00 |

**Secured claims:**

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| Bank of America | $270,611.78 | $0.00 |
| WACHOVIA BANK, N.A. | $40,000.00 | $0.00 |

**Unsecured claims:** Claims of general unsecured creditors totaling $61,968.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.0%.

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| American Express Bank FSB | $24,425.91 | $4,885.18 |
| American Express Bank FSB | $8,084.67 | $1,616.93 |
| Discover Bank/DFS-Services,LLC | $15,168.54 | $3,033.71 |
| LVNV Funding LLC its successors and assigns as | $12,230.38 | $2,446.08 |
| eCAST Settlement Corporation | $2,058.81 | $411.76 |

**Untimely Filed Unsecured claims:** Claims of untimely filed unsecured creditors totaling $119,196.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The untimely filed unsecured dividend is anticipated to be 0.000000000%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| AMERICAN INFOSOURCE LP AS AGENT FOR | $2,454.42 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $11,878.07 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $45,224.56 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $24,661.50 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $5,453.99 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $24,828.20 | $0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | $4,695.85 | $0.00 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:** $59,849.28

| Prepared by: | Reviewed and approved by: |
|---|---|
| ARNALL GOLDEN GREGORY LLP | Guy G. Gebhardt<br>Acting United States Trustee, Region 21 |
| */s/ Neil C. Gordon*<br>Neil C. Gordon, State Bar No. 302387<br>Attorneys for Chapter 7 Trustee<br>171 17th Street, NW, Suite 2100<br>Atlanta, Georgia 30363-1031<br>(404) 873-8596<br>Neil.Gordon@agg.com | /s/<br>Martin P. Ochs, Esquire<br>NY Bar No.: MO-1203<br>Georgia Bar No. 091608<br>United States Department of Justice<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, Georgia 30303<br>(404) 331-4437 Ext. 139<br>Martin.P.Ochs@usdoj.gov |